**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000239**
**09-JAN-2025**
**09:29 AM**
**Dkt. 115 OCOR**

CAAP-20-0000239


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


KELLY WAIAU, Individually and as Guardian Prochien Ami
of MINOR BOY 1, RAQUEL BALGA; ROMAINE DEBBIE CASTRO,
as Personal Representative of the Estate of AMOS KEN AGLIAM,
Plaintiffs-Appellants, v.
HAWAII EMPLOYERS' MUTUAL INSURANCE COMPANY, INC.;
FIRST INSURANCE COMPANY OF HAWAII, LTD.; GENERAL STAR
INDEMNITY COMPANY; NORTH AMERICAN CAPACITY INSURANCE COMPANY,
Defendants-Appellees, and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10;
and ROE GOVERNMENTAL ENTITIES 1-10, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 18-1-0123K)


ORDER OF CORRECTION
(By:  Leonard, Acting Chief Judge, for the court)[1]

IT IS HEREBY ORDERED that the Opinion entered on December 31, 2024 (docket no. 113) in the above case is corrected as follows:

On page 39, line 2, "whether" should be replaced by "where."  The corrected line should read: ". . . law, where based on the document itself, there is uncertainty. . . ."

---

[1]  Leonard, Acting Chief Judge, Wadsworth and Nakasone, JJ.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, January 9, 2025.

FOR THE COURT:

/s/ Katherine G. Leonard
Acting Chief Judge